**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiff,

v.                                            Case No: 8:21-mc-11-JSM-SPF

TAYLOR GILMOUR and WELLS
FARGO BANK N.A.,

    Defendants.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Sean P. Flynn (Dkt. 28). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 28) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Final Judgment in Garnishment (Dkt. 27) is GRANTED.

3. Final judgment is entered for Plaintiff and against garnishee JP Morgan Chase Bank, N.A. for the amounts in accounts #xxxx-xx-3939 and #xxxx-xx-2350, under Florida Statute § 77.083.

4. Garnishee JP Morgan Chase Bank, N.A.'s request for $100.00 in statutory attorney's fees under Florida Statute § 77.28 is granted. Payment shall be made by Plaintiff directly to the garnishee or the garnishee's counsel upon demand.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of March, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record